IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THERESE VERONICA NATTY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:11-CV-0193-RWS |
| ARIEL RODRIQUEZ, ICE Officer : | |
| and DENISE GAMBLE ICE : | |
| Supervisor, : | |
| : | |
| Defendants. : | |

**ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [6] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint is hereby **DISMISSED** for failure to state claim.

**SO ORDERED**, this  6th  day of October, 2011.

_____
**RICHARD W. STORY**
United States District Judge